IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| NORA COMBS,[1] | § |
| | § No. 433, 2019 |
|     Respondent Below, | § |
|     Appellant, | § Court Below—Family Court |
| | § of the State of Delaware |
|     v. | § |
| | § File No. CN18-01054 |
| DEREK WYNN, | § Petition No. 19-19013 |
| | § |
|     Petitioner Below, | § |
|     Appellee. | § |

Submitted: December 31, 2019
Decided:    January 10, 2020

**<u>ORDER</u>**

On December 17, 2019, the Senior Court Clerk issued a notice, by certified mail, directing the appellant to show cause why this appeal should not be dismissed for her failure to pay the Family Court filing fee and transcript fee. The appellant has failed to respond to the notice to show cause. Dismissal of this action is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).